IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:94cr62-MHT |
| | ) | (WO) |
| CURTIS LEE DRAYTON | ) | |

ORDER

Upon consideration of defendant Curtis Lee Drayton's petition for early termination of supervised release (doc. no. 2156), it is ORDERED that the motion is denied with leave to renew.

While Drayton is to be commended for his efforts to reintegrate into society thus far, he has completed less than two years of his five-year term of supervised release. In light of the seriousness of his criminal offense and his leadership role in the offense, and the need to ensure that he does not pose any threat to the public in the future or return to criminal activity, the court concludes that additional supervision is warranted. *See* 18 U.S.C. § 3553(a)(1) & (2)(A)-(C). However, should Drayton continue to comply with all

conditions of supervision, the court would consider early termination again after completion of three to four years of supervised release.

DONE, this the 28th day of January, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE