IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:94cr62-MHT** |
| | ) | (WO) |
| **CURTIS LEE DRAYTON** | ) | |

**ORDER GRANTING EARLY TERMINATION OF SUPERVISION**

This case is before the court on defendant Curtis Lee Drayton's motion for early termination of supervision, which is unopposed. Based on his compliance with all conditions of supervision for more than three years, his consistent work history, his effort to run his own business, and his positive family relationships, it is ORDERED that:

(1) The motion (doc. no. 2185) is granted.

(2) Defendant Curtis Lee Drayton's term of supervised release is terminated effective immediately, and he is discharged. The court congratulates Mr. Drayton on his success in the difficult task of re-entering society and wishes him continued success.

DONE, this the 9th day of June, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**